PER CURIAM. We initially accepted jurisdiction to review Bollettieri Resort Villas Condominium Ass’n, Inc. v. Bank of New York Mellon, 198 So.3d 1140 (Fla. 2d DCA 2016), review granted, No. SC16-1680, 2016 WL 9454216 (Fla. 2016), pursuant to article V, section 3(b)(4), of the Florida Constitution. After further consideration of the subsequent opinion of the Fifth District Court of Appeal in Klebanoff v. Bank of New York Mellon, 228 So.3d 167, 2017 WL 2818078 (Fla. 5th DCA June 30, 2017), and the more recent cases from the Fourth District Court of Appeal in Kebreau v. Bayview Loan Servicing, LLC, 225 So.3d 255, 256, 2017 WL 2983999, at *1 (Fla. 4th DCA July 12, 2017), and the First District Court of Appeal in Forero v. Green Tree Servicing, LLC, 223 So.3d 440, 445 (Fla. 1st DCA 2017), we have determined that the certified conflict has been resolved, and we conclude that we should exercise our discretion and decline review. Accordingly, this case is hereby dismissed. It is so ordered. LABARGA, C.J., and PARIENTE, QUINCE, CANADY, and POLSTON, JJ., concur. LAWSON, J., concurs specially with an opinion. LEWIS, J., concurs in result.